UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MULTIPLA LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>      Defendants. | Civil Action No. 4:25-cv-622 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Multipla Limited voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 10: Shome Store (AliExpress Merchant ID cn1519697420gnfc)
- DOE 91: XYYTool Store (AliExpress Merchant ID cn1537658498gvoj)
- DOE 212: Xiaoziliandianz (Amazon Merchant ID A1SSKN67PCX6YM)
- DOE 222: masidianzishangwuyouxiangongsi (Amazon Merchant ID A2A0DEA1NTKB28)
- DOE 225: Goaup (Amazon Merchant ID A2CZHZZWQY5TB4)
- DOE 240: DAMIGHT (Amazon Merchant ID A2UDOT26EI7KJB)
- DOE 251: XWYLF (Amazon Merchant ID A381TEC44JBX38)
- DOE 272: dongdonggg (Amazon Merchant ID A76JTQRV4ZJDX)

Dated: September 30, 2025

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel.    415.735.5933
Fax    415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
MULTIPLA LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace